

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  Magistrate Docket No. '22 MJ1255
          Plaintiff,           )
                               )
     v.                        )  COMPLAINT FOR VIOLATION OF:
                               )  Title 8, USC 1324(a)(1)(A)(ii)
                               )  Transportation of Illegal Aliens
                               )
Jovani AGUIRRE-Santoyo,        )
                               )
          Defendant.           )

The undersigned complainant being, duly sworn, states:

On or about April 6, 2022, within the Southern District of California, defendant Jovani AGUIRRE-Santoyo, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, B▆▆ R▆▆ G▆▆▆▆-D▆▆▆, Luis Enrique HERNANDEZ-Alfonso, and Hector Marcelino LACAN-Chuc, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON April 7, 2022

HON. BERNARD G. SKOMAL
United States Magistrate Judge

## CONTINUATION OF COMPLAINT:
Jovani AGUIRRE-Santoyo

### PROBABLE CAUSE STATEMENT

The complainant states that B▮▮ R▮▮ G▮▮▮-D▮▮, Luis Enrique HERNANDEZ-Alfonso, and Hector Marcelino LACAN-Chuc, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 6, 2022, Border Patrol Agent J. Anguiano was performing his assigned duties in the Campo Border Patrol Station's Area of Responsibility. Agent Anguiano was in plain clothes with patches and insignia visible on his body armor along with his service badge displayed around his neck identifying him as a Law Enforcement Agent. Agent Anguiano was operating an unmarked service vehicle equipped with emergency lights, sirens, and a service radio.

At approximately 6:15 PM, Agent Anguiano observed a dark grey BMW being driven by a male driver, later identified as defendant Jovani AGUIRRE-Santoyo, along with multiple passengers, at the intersection of Buckman Springs Road and Old Highway 80. The BMW caught Agent Aguiano's attention due to the rear end of the BMW appearing low. Records checks on the vehicle revealed that the BMW was last registered out of Riverside, California. Further checks revealed that the vehicle had previously been used for alien smuggling.

The BMW continued northbound on Buckman Springs Rd. toward the Interstate 8 (I-8) and proceeded to merged onto the I-8 westbound lanes. The I-8 westbound Border Patrol Checkpoint was not currently operational.

Agent Anguiano was travelling behind the BMW going approximately 75 miles per hour (MPH) and as soon as he was directly behind the BMW it merged into the number two lane and dropped to 60 MPH. There were no vehicles in front of the BMW to cause a change in lane and speed.

At this point in time, Agent Anguiano requested the assistance of a Border Patrol Agent Z. Fadare to assist him with a vehicle stop of the BMW. Agent Fadare advised he was in route to assist me. Agent Fadare was in full rough duty uniform, with agency patches, visible insignia, and was operating a K-9 Border Patrol vehicle with lights, sirens, and a service radio.

At approximately 6:24 PM, near the Sunrise Exit, Agent Fadare positioned himself behind the

**CONTINUATION OF COMPLAINT:**
Jovani AGUIRRE-Santoyo

BMW and initiated his emergency lights and sirens to conduct a vehicle stop. The BMW began to accelerate and failed to yield (FTY). Continuing westbound on I-8, the BMW was reached speeds exceeding 100 MPH.

At approximately 6:24 PM, BPA Fadare relayed, via service issued radio, that the BMW was continuing to not yield, and he that the BMW was reaching speeds of approximately 110 MPH.

Due to speed limitations on Agent Fadare's vehicle, the BMW now reaching speeds of 125 MPH, Agent Anguiano took over as primary pursuit agent. Agent Anguiano followed behind the BMW although for a short period lost visual of it he did observe the vehicle exit the I-8 on East Willows Rd. Agent Anguiano exited the freeway as well and went northbound on east Willows Rd. The BMW had slowed to a speed of 70 MPH but still would not stop. AGUIRRE was driving in a manner that displayed no regard for the safety of the occupants of the BMW or other motorists.

AGUIRRE finally stopped the BMW near the intersection of West Willows Rd and Willows Rd. AGUIRRE then exited the BMW and ran into a nearby wash. Agent Anguiano made contact with the four occupants of the BMW and conducted an immigration inspection. The later identified material witnesses, B███ R███ G████████-D████, Luis Enrique HERNANDEZ-Alfonso, Javier Ulysis LEAL-Aranda, and Hector Marcelino LACAN-Chuc, stated that they are citizens of Mexico without any immigration documents allowing them to be or remain in the United States legally. At the station, further records checks revealed LACAN to be a citizen of Guatemala. At approximately 6:35 PM, Agent Anguiano placed G████████, HERNANDEZ, LEAL, and LACAN, under arrest.

A short time later Agent Fadare found AGUIRRE hiding in nearby brush. At approximately 6:37 PM, Agent Anguiano placed AGUIRRE under arrest. It was later determined that AGUIRRE was also illegally present in the United States.

The defendant, Jovani AGUIRRE-Santoyo, stated he saw a job announcement on Facebook looking for drivers to drive "Pollos" from San Diego to Los Angeles. Pollos is a term used by smugglers to refer to illegal immigrants. AGUIRRE claimed that he needed money, so he responded to the job announcement and gave them his phone number. AGUIRRE stated he then received messages via WhatsApp to be ready at any time.

On today's date, April 6, 2022, at approximately 5:00 PM, AGUIRRE stated he received a

## CONTINUATION OF COMPLAINT:
Jovani AGUIRRE-Santoyo

phone call telling him they had a job ready for him. AGUIRRE stated that he received coordinates and was instructed to drive to that exact location. AGUIRRE stated that once he arrived at the coordinates, he saw four illegal aliens and they entered his vehicle. AGUIRRE stated that he did not stop for Border Patrol because he was scared, and he was also instructed not to stop through messages. AGUIRRE stated that he was driving at approximately 130 MPH. AGUIRRE stated he was going to get paid $2,000 USD.

Material Witnesses, B███ R███ G███████-D███, and Luis Enrique HERNANDEZ-Alfonso stated they are citizens of Mexico, Hector Marcelino LACAN-Chuc stated that he is a citizen of Guatemala. G███████, HERNANDEZ and LACAN stated that they do not possess immigration documents allowing them to enter or remain in the United States legally. HERNANDEZ and LACAN stated that they did not make smuggling arrangements and G███████ stated a friend made smuggling arrangements for an unknown amount of money.

G███████, HERNANDEZ and LACAN crossed into the United States and walked north until they reached a road. LACAN stated that he was trying to waive down vehicles for ride and was able to waive down a vehicle driven by a male who stopped and told him to get in, "Subete." G███████ stated that the driver told them to get down, "Agachense." G███████ stated that after driving for 30 to 40 minutes the driver said the Border Patrol is behind me, "Tengo atras los migras." G███████ and LACAN stated that they feared for their lives while in the vehicle. When presented with a photographic line-up, G███████ was able to identify AGUIRRE as the driver of the vehicle BMW.